UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HEEYON (CHLOE) CHO and DAVID TOAN MAI,<br><br>                    Plaintiff,<br><br>       v.<br><br>DIANOS-TECHS, INC. and MAROUN N. EL KHOURY,<br><br>                    Defendants. | C15-1724 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiff's Ex Parte Application for an Extension of Time, docket no. 10, is GRANTED. Although the Court previously indicated that no further extensions would be granted, Order, docket no. 9, the United States has shown good cause, given the new information recently obtained from a potential witness, for a final three month extension of the seal deadline to allow it to conclude its investigation of the new information, engage in potential settlement discussions, and make a final intervention decision. *See* 31 U.S.C. § 3730(b)(3). Accordingly, the United States shall have until October 10, 2017, to notify the Court of its decision regarding intervention.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of July, 2017.

                                                            William M. McCool
                                                            Clerk

                                                            s/Karen Dews
                                                            Deputy Clerk

MINUTE ORDER - 1