UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. HEEYON (CHLOE) CHO and DAVID TOAN MAI,<br><br>        Plaintiff,<br><br>v.<br><br>DIANOS-TECHS, INC. and MAROUN N. EL KHOURY,<br><br>        Defendants. | C15-1724 TSZ<br><br>MINUTE ORDER<br><br>**FILED UNDER SEAL** |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Ex Parte Application for a Partial Unseal of Relators' Complaint, docket no. 12, is GRANTED as follows. The United States may, at its discretion: (1) inform defendants of the existence of this *qui tam* action, and (2) provide defendants with a copy of the Complaint in this action.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1