UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HEEYON (CHLOE) CHO and DAVID TOAN MAI,<br><br>Plaintiffs,<br><br>v.<br><br>DIAGNOS-TECHS, INC. and MAROUN N. EL KHOURY,<br><br>Defendants. | CASE NO. C15-01724-TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relators shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendants;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

ORDER - 1
(C15-01724-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The parties shall serve all Notices of Appeal upon the United States;

5. All orders of this Court shall be sent to the United States; and

6. Should any Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 25th day of October, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*/s/ David East*
DAVID R. EAST WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: david.east@usdoj.gov

ORDER - 2
(C15-01724-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970