District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HEEYON (CHLOE) CHO and DAVID TOAN MAI,<br><br>Plaintiffs,<br><br>v.<br><br>DIAGNOS-TECHS, INC. and MAROUN N. EL KHOURY,<br><br>Defendants. | CASE NO. C15-01724-TSZ<br><br>**ORDER** |

The Court, having considered Relators' Notice of Dismissal and the Government's Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

All of the claims set forth in the Complaint shall be dismissed against all Defendants, but such dismissal is without prejudice to the United States.

DATED this 2nd day of November, 2017.

Thomas S. Zilly
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ David East*
DAVID R. EAST WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: david.east@usdoj.gov

ORDER - 2
(C15-01724-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970